THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Brett Blair Hollis,       
Appellant.
 
 
 

Appeal From Lexington County
James W. Johnson, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-537
Submitted February 20, 2003  Filed September 10, 2003

APPEAL DISMISSED

 
 
 
Deputy Chief Attorney Joseph 
 L. Savitz, III, of SC Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan 
 McMaster; Chief Deputy Attorney General John W. McIntosh; Assistant Deputy  
 Attorney General Donald J. Zelenka, all of Columbia;  and Solicitor Donald V. 
 Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM:  Brett Blair Hollis was indicted 
 on two counts of murder, first degree burglary, first degree criminal sexual 
 conduct and kidnapping.  He was tried, found guilty and sentenced to life without 
 parole for the each murder, thirty years for first degree burglary and thirty 
 years for first degree criminal sexual assault. Hollis appeals his convictions 
 arguing  the trial court erred in declining to instruct the jury on voluntary 
 manslaughter because he murdered his two victims in the heat of passion after 
 witnessing his former girlfriend kissing her new beau.
Counsel for Hollis filed a final brief and submitted 
 a petition to be relieved, stating he reviewed the record and found the appeal 
 to be without merit.  After a review of the record and counsels brief pursuant 
 to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 [1] Hollis appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., CURETON, and GOOLSBY, JJ., concur. 

 
 [1] Because 
 oral argument would not aid the court in resolving the issue on appeal, we 
 decide this case without oral argument pursuant to Rule 215, SCACR.